# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHY A. SISSOM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  CIV-11-0289-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's application for disability insurance benefits and supplemental security income payments under the Social Security Act.

The Report and Recommendation of Magistrate Judge Bana Roberts (doc. no. 21) recommends affirming the decision of the Commissioner denying benefits. Plaintiff objects to the Report (doc. no. 23) on several grounds.  Her objections are reviewed *de novo*.  *See*, 28 U.S.C. §636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made).

Having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here.

The court rejects the plaintiff's objections to the Report and finds that the Report should be adopted in its entirety.  The Report and Recommendation of Magistrate Judge Roberts is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  The

decision of the Commissioner of the Social Security Administration denying benefits is **AFFIRMED**.

Dated this 29th day of March, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0289p002.wpd